# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Before the Honorable JERRY H. RITTER

## CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **24-650 MJ** | Date: | **5/24/24** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ALIK ISAIAH COLLINS** | **FPD STANDING IN – DARCY RILEY** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **GRANT GARDNER** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:25-9:29; 10:41-10:45 A.M.   4 min** | |

| | |
|---|---|
| ☐ | Agent sworn |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants  ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of  show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on 5/29/2024 at 9:00 A.M. |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other:  ALBQ. CASE – DEFENDANT TO BE TRANSPORTED TO ALBQ. FOR FURTHER PROCEEDINGS |